# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TODD SUTKA, on behalf of himself
and others similarly situated,

        Plaintiff,

v.

YAZAKI NORTH AMERICA INC.,

        Defendant.
        _____/

Case No. 2:17-vc-10669-PDB-SDD

**PHILIP J. GOODMAN, P.C.**
Philip J. Goodman (P14168)
280 N. Old Woodward Ave., Suite 407
Birmingham, MI 48009
248-647-9300
pjgoodman1@aol.com
Attorney for Plaintiff

**JACKSON LEWIS P.C.**
Allan S. Rubin (P44420)
Daniel C. Waslawski (P78037)
2000 Town Center, Suite 1650
Southfield, MI 48322
248-936-1900
rubina@jacksonlewis.com
Attorneys for Defendant

**BAILEY PEAVY BAILEY COWAN HECKAMAN PLLC**
Robert W. Cowan
440 Louisiana St., Suite 2100
Houston, Texas 77002
713-425-7100
rcowan@bpblaw.com
Attorney for Plaintiff

_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

This matter having come before the Court on the Joint Motion of the Parties to Approve Settlement, the Court having reviewed the settlement agreement and determined it to be fair and reasonable, and the Court being otherwise duly advised in the premises:

**IT IS HEREBY ORDERED** that the settlement be and is approved;

**IT IS FURTHER ORDERED** that this case be and is hereby dismissed in its entirety <u>with</u> prejudice <u>without</u> attorneys' fees and costs except as provided in the settlement agreement.

**IT IS SO ORDERED**.

Dated:  8/31 , 2018

_____
UNITED STATES DISTRICT COURT JUDGE